UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cv-00595-FDW-DCK

| | |
|---|---|
| WESTERN OILFIELDS SUPPLY CO., d/b/a Rain for Rent, <br><br> Plaintiff, <br><br> vs. <br><br> NATUREWORKS ORGANICS, LLC <br><br> Defendant. | ORDER |

**THIS MATTER** is before the Court on Plaintiff's Motion to Set Aside Clerk's Entry of Default. (Doc. No. 7). Plaintiff's Motion states that Defendant and Plaintiff have agreed that Defendant has an extended deadline to file an answer and that Plaintiff will not oppose Defendant's late filing if filed on or before December 10, 2014. However, a plaintiff is not authorized to extend filing deadlines for a defendant. Only the Court has the authority to grant a motion to extend deadlines. If the parties wish to proceed with this litigation, Defendant must present to court why there is excusable neglect for its failure to file a timely answer. Absent such a showing, the case will be dismissed.

For the foregoing reasons, Plaintiff's Motion to Set Aside Clerk's Entry of Default is DENIED.

**IT IS SO ORDERED.**

Signed: December 5, 2014

Frank D. Whitney
Chief United States District Judge