UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cv-00595-FDW-DCK

| | | |
|---|---|---|
| WESTERN OILFIELDS SUPPLY CO., | ) | |
| d/b/a Rain for Rent, | ) | |
| | ) | |
|      Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| NATUREWORKS ORGANICS, LLC | ) | |
| | ) | |
|      Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's Motion to Set Aside Entry of Default contained within Defendant's Answer (Doc. No. 9) and Plaintiff's consent thereto (Doc. No. 10). For the reasons stated in these pleadings, the Court finds good cause to set aside the Clerk's Entry of Default. See Fed. R. Civ. Pro. 55(c).

IT IS THEREFORE ORDERED Defendant's Motion to Set Aside Clerk's Entry of Default is GRANTED.

**IT IS SO ORDERED.**

Signed: December 12, 2014

Frank D. Whitney
Chief United States District Judge