# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:14-cv-595-FDW-DCK

| | |
|---|---|
| WESTERN OILFIELDS SUPPLY CO. d/b/a RAIN FOR RENT, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| NATUREWORKS ORGANICS, LLC | ) ) |
| Defendant. | ) ) ) |

## CONSENT JUDGMENT

The Defendant NatureWorks Organics, LLC ("NatureWorks") hereby consents to the entry of judgment against it in the amount of $119,531.80 which represents claimed amount of $103,940.69 plus 15% attorney's fees pursuant to N.C.G.S. sec. 6-21.2.

This _____ day of June, 2015

/s/ Mitchel G. Vestal
President
Natureworks Organic LLC
Charlotte, North Carolina 28202

/s/ E. Winslow Taylor
E. Winslow Taylor
Crumpler Freedman Parker & Witt
860 West 5th Street
Winston-Salem, NC 27101
winslow@cfpwlaw.com
Attorney for Defendant

1

Based upon the above, it is hereby ORDERED, ADJUDGED AND DECREED that judgment be and is hereby entered in favor of the Plaintiff Rain for Rent and against the Defendant NatureWorks in the amount of $119,531.80.

IT IS SO ORDERED.

*Frank D. Whitney*
Frank D. Whitney
Chief United States District Judge